## SMITH v. STATE.
### No. 20380.

Court of Criminal Appeals of Texas.
April 26, 1939.

R. E. Eubank, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment being twenty-five years in the penitentiary.

The record contains neither statement of facts nor bills of exception. The indictment properly charging the offense, no question is presented for review.

The judgment is affirmed.